IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN KENNEY,

    Petitioner,

vs.                                    CASE NO. 5:05cv179/RS

JOSE BARRON, WARDEN, F.C.I.
MARIANNA, FLORIDA,

    Respondent.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 10) and Petitioner's Objection to Magistrate's Report and Recommendation (Doc. 11). I have reviewed petitioner's objection *de novo*.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is denied with prejudice.

3. The clerk is directed to close the file.

ORDERED on December 12, 2006.

                                                  /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**